UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL UNION NO. 3, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
AFL-CIO,

                    Plaintiffs,

-against-

NEW YORK RACING ASSOCIATION, INC.,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0695 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 5 2006 ★
BROOKLYN OFFICE

      An Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 24, 2006, granting the motion to dismiss the complaint; and dismissing the complaint without prejudice; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the motion to dismiss the complaint is granted; and that the complaint is dismissed without prejudice.

Dated: Brooklyn, New York
       June 02, 2006

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court